**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARVIN GERBER,

                    Plaintiff,

vs                                    Case No.  19-cv-13726
                                      HONORABLE VICTORIA ROBERTS

HENRY HERKOVITZ, et al,

                    Defendants.
_____/

**<u>APPEARANCE</u>**

TO: The clerk and all parties of record

     I am admitted and otherwise authorized to practice in this

court, and I appear in this case as co-counsel with Cynthia Heenan

and Hugh M. Davis for Henry Herskovitz, Gloria Harb, Tom Saffold,

Rudy List, and Chris Mark.

Dated: December 30, 2019            s/John A. Shea            ____
                                    John A. Shea (P37634)
                                    Attorney for Defendants
                                    Herskovitz, Harb, Saffold, List
                                    and Mark
                                    120 N. Fourth Avenue
                                    Ann Arbor, Michigan 48104
                                    (734) 995-4646
                                    jashea@earthlink.net

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that, on December 30, 2019, he electronically filed his *Appearance* in this matter.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.


Dated: December 30, 2019                    s/John A. Shea          ___
                                            John A. Shea (P37634)
                                            Attorney for Defendants
                                            Herskovitz, Harb, Saffold, List
                                            and Mark
                                            120 N. Fourth Avenue
                                            Ann Arbor, Michigan 48104
                                            (734) 995-4646
                                            jashea@earthlink.net