UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GERBER,

   Plaintiff,

v.                                          Case No.  19-13726
                                              Honorable Victoria A. Roberts

HENRY HERSKOVITZ, ET AL.,

   Defendants.
_____/

## ORDER GRANTING MOTION AND SETTING DEADLINES

On Friday, January 3, 2020, the Court held a telephone conference with counsel. Representing the Plaintiff was Marc Susselman. Representing the "protester defendants," were Cynthia Heenan, Hugh Davis and John Shea. Counsel for the City of Ann Arbor defendants was not on the call.  Counsel discussed a number of issues, including first responsive pleadings, which defendants anticipate will be Fed R Civ P 12(b)(6) motions. Mr. Susselman indicated he will file a First Amended Complaint by January 11, 2020.

The Court sets the following briefing deadlines:

    1. Defendants to file first responsive pleadings: March 10, 2020

    2. Plaintiffs' response: April 30, 2020

    3. Defendants' replies: May 21, 2020

Defendants' Motion to Extend Time to File An Answer to the Complaint [ECF No. 5] is **GRANTED**.

**ORDERED.**

s/ Victoria A. Roberts<br>Victoria A. Roberts<br>United States District Judge

Dated: