INDEX OF EXHIBITS
TO
CITY OF ANN ARBOR DEFENDANTS'
MOTION TO DISMISS PURSUANT TO FRCP 12(b)(1) AND (6)

| Exhibit | Description |
|---|---|
| A | City of Ann Arbor Resolution Affirming Freedom to Worship Without Interference and Condemning the Picketing of Houses of Worship 10/18/04 |
| B | *Mandel v Bd. Of Trustees of Calif. State Univ.*, 2018 WL 5458739 (N.D. Cal. October 29, 2018 unpublished) |
| C | *Macera v Vill. Bd. Of Ilion*, 2019 WL 4805354 (N.D.N.Y. September 30, 2019 slip copy) |