# RESOLUTION AFFIRMING FREEDOM TO WORSHIP WITHOUT INTERFERENCE AND CONDEMNING THE PICKETING OF HOUSES OF WORSHIP

Whereas, All people with all viewpoints have a right to freedom of speech where it does not infringe on others' constitutional rights;

Whereas, Democracy and the freedoms it engenders cannot exist without civil discourse that shows tolerance for all beliefs;

Whereas, Freedom of religion and freedom of speech are both paramount values at the heart of American democracy;

Whereas, Worship is often central to religious expression;

Whereas, Freedom to worship in peace, without obstruction or interference is the right of all people;

Whereas, State of Michigan laws prohibit interference with religious services; Whereas, The City of Ann Arbor is home to many cultures and denominations of worship;

Whereas, In the City of Ann Arbor, at least one house of worship has been subjected to weekly picketers who confront worshipers and ask passersby to honk their horns and cause a disturbance to worship services;

RESOLVED, That the Ann Arbor City Council affirms the right of people in the City of Ann Arbor to attend services at houses of worship without interference or obstruction; and RESOLVED, That the Ann Arbor City Council condemns the picketing of houses of worship during the hours when congregants are attending worship services.

| October 18, 2004 | Sponsored by:<br><br>Councilmembers Reid, Greden, Easthope, Lowenstein, Higgins, Carlberg, Teall, Woods; Mayor Hieftje<br><br>Ann Arbor News article on City Council resolution |
|---|---|

Exhibit A