UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GERBER, et al.,

    Plaintiffs,

v.                                          Case No.  19-13726
                                            Honorable Victoria A. Robrets

HENRY HERSKOVITZ, et al.,

    Defendants.
_____/

## **ORDER:**

**(1)  GRANTING DEFENDANTS HERSKOVITZ, HARB, SAFFORD, LIST, MARK AND JEWISH WITNESSES FOR PEACE AND FRIENDS' EX-PARTE MOTION FOR LEAVE TO FILE MOTION TO DISMISS THAT EXCEEDS THE COURT'S PAGE LIMIT [ECF 37]; AND**

**(2)  STRIKING PROTESTER DEFENDANTS' MOTION TO DISMISS [ECF. NO 38]**

Defendants filed the above entitled motions.  While the Court GRANTS the motion and will allow excess pages, it declines the request for 70 pages.

Protester Defendants' Motion to Dismiss [ECF No. 38] is **STRICKEN** and not part of the record.

Defendants can refile their motion by Thursday, March 26, 2020 and it cannot exceed 30 pages.

**ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: 3/19/2020