UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GERBER, et al.,

    Plaintiffs,

v.

                                                             Case No.  19-13726
                                                             Honorable Victoria A. Robrets

HENRY HERSKOVITZ, et al.,

    Defendants.
_____/

**ORDER GRANTING MOTION TO FILE AMICUS CURIAE BRIEF**

The American Civil Liberties Union of Michigan ("ACLU") filed this unopposed motion for leave to file Amicus Curiae Brief [ECF. 35].  At the same time, the ACLU filed its brief which contains excess pages.

The proper procedure is to obtain permission of the Court before the brief is filed and to obtain permission to file excess pages.

The Court **GRANTS** the motion to file amicus curiae brief this time, but will require the ACLU to follow proper procedures on future filings.

**ORDERED**.

                                                             s/ Victoria A. Roberts
                                                             Victoria A.Roberts
                                                             United States District Judge

Dated:  3/19/2020