UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GERBER, et al.,

    Plaintiffs,

v.

HENRY HERSKOVITZ, et al.,

    Defendants.

_____/

Case No. 19-13726
Honorable Victoria A. Roberts

## ORDER CONCERNING THE FILING OF MOTIONS

Going forward, the parties are prohibited from filing motions without the permission of the Court.  Instead, the parties must comply with the following procedure:

1. Parties must meet and confer concerning any dispute that – if not resolved – would require motion papers and a court order to resolve.

2. If an agreement is reached following the meet and confer, the parties must file a stipulation with the Court that memorializes any agreement reached.

3. If no agreement is reached, the parties must file a joint letter with the Court that outlines the nature of the dispute, the

parties' respective positions with supporting law, and the relief requested.

4. This joint letter must not exceed three, double spaced pages in length, must not contain more than five case citations for any party, and must be signed by counsel for all parties involved in the dispute.

5. The Court will consider the imposition of sanctions on any party and/or attorney who unreasonably refuses to resolve a dispute.

6. After receiving the joint letter, the Court will decide whether motion papers should be filed.

**IT IS ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: March 19, 2020