UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GERBER, ET AL.,

    Plaintiffs,

v.                                                                    Case No.  19-13726
                                                  Honorable Victoria A. Roberts

HENRY HERSKOVITZ, ET AL.,

    Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION TO FILE EXCESS PAGES

Plaintiffs filed the above entitled motion. As an exhibit to their motion, they attach a brief containing 60 pages.

The motion is **DENIED**. The six Protester Defendants filed a 30 page brief in support of their motion to dismiss.  All of their arguments are on behalf of the collective; no argument is made on behalf of any one individual, and there is no need for the Plaintiffs - who have acted as a collective as well - to respond against any Protester Defendant on an individual basis.

The Court will allow Plaintiffs to file a response brief of 30 pages. Beyond that, their motion is DENIED.

Plaintiffs must file their response brief by Wednesday, June 10, 2020.

Defendants' reply brief is due July 1, 2020. Defendants are not allowed an oversized reply brief.

**ORDERED**.

                                                  s/ Victoria A. Roberts
                                                  Victoria A. Roberts
                                                  United States District Judge

Dated: 6/4/2020