UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHGIAN
SOUTHERN DIVISION

MARVIN GERBER, ET AL.,

    Plaintiffs,

v.

HENRY HERSKOVITZ, ET AL.,

    Defendants.

_____/

Case No.  19-13726
Honorable Victoria A. Roberts

## ORDER DENYING PLAINTIFFS' REQUEST TO FILE MOTION FOR A PRELIMINARY INJUNCTION

The Court requested the parties to send in a joint letter on any disagreements they have, before filing a motion.  Such a joint letter was submitted on June 16, 2020.  There, Plaintiffs request permission from the Court to file a motion for a preliminary injunction against the Protester Defendants.

When considering a motion for preliminary injunction, the Court must balance several factors.  Those factors are the likelihood that plaintiff will prevail on the merits, whether plaintiff is likely to suffer irreparable harm if the injunction is not granted, and whether the balance of equities and hardships weighs in plaintiff's favor.

To demonstrate they are likely to prevail on the merits, Plaintiffs rely primarily on arguments contained in motion papers. Those motions are now before the Court for consideration on the merits. The Court is in the process of doing that now, and is unwilling to allow the filing of additional motion papers that are likely to raise the same issues.

Plaintiffs' request to file a motion for preliminary injunction is **DENIED**.

**ORDERED**.

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: 7/2/2020