UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GERBER, ET AL.,

    Plaintiffs,

v.

HENRY HERSKOVITZ, ET AL.,

    Defendants

_____/

Case No. 19-13726
Honorable Victoria A. Roberts

## ORDER

The parties filed a Joint Letter Regarding Plaintiffs' Proposed Motion for Partial Summary Judgment Regarding Interpretation of the Sign Ordinances of the City of Ann Arbor [ECF. No. 60] and a Joint Letter Regarding Plaintiffs' Request for Leave to File a Sur-Reply to the Protesters Defendants' Oversized Reply Brief [ECF. No. 62]

The Court declines to consider whether motions for summary judgment can be filed until the Court rules on pending motions to dismiss.

The Court denies Plaintiffs' request to file a sur-reply.

**ORDERED.**

s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: 7/9/2020