UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GERBER, ET AL.,

    Plaintiff,

v.                                        Case No. 19-13726
                                            Honorable Victoria A. Roberts

HENRY HERSKOVITZ, ET AL.,

    Defendants,
_____/

## ORDER DENYING REQUEST TO FILE SECOND AMENDED COMPLAINT

The parties filed a Joint Letter Regarding Plaintiffs' Proposed Motion for Leave to File Second Amended Complaint.

Plaintiffs' request is **DENIED**. The Court now has under consideration several motions which could be dispositive of certain claims, and declines to allow amendment at this juncture.

ORDERED.

                                                      s/ Victoria A. Roberts
                                                      Victoria A. Roberts
                                                      United States District Judge

Dated: 7/22/2020