UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GERBER, ET AL.,

    Plaintiffs,

v.                                              Case No. 19-13726
                                              Honorable Victoria A. Roberts

HENRY HERSKOVITZ, ET AL.,

    Defendants.

_____/

### ORDER DENYING MOTION FOR RECONSIDERATION [ECF No. 67] AND MOTION FOR LEAVE TO FILE SUPPLEMENT [ECF No. 68]

On August 26, 2020, Plaintiffs filed a Motion for Reconsideration.

Plaintiffs' motion presents the same issues already ruled on by the Court. Further, Plaintiffs fail to demonstrate a palpable defect by which the Court and the parties have been misled. L.R. 7(g)(3).

For these reasons, the motion for reconsideration is **DENIED**.

The Court **DENIES** Plaintiffs' motion to provide supplemental authority in support of their motion for reconsideration.

**IT IS ORDERED**.

                                                  s/ Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: 9/3/2020