UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

Marvin Gerber, et al.,
    Plaintiff(s),

v.

Henry Herskovitz, et al.,

    Defendant(s).
_____/

Case No.  19-13726
Honorable Victoria A. Roberts

## ORDER STRIKING DOCUMENT

The Court reviewed Protester Defendants' Response to Motion to Dismiss [ECF No. 75].  The Court **STRIKES** that document for the following reason(s):

☐ Missing statement of concurrence.  *See* Local Rule ("LR") 7.1(a).

☒ Missing required information (e.g., table of contents, concise statement of issues, controlling or most appropriate authority, index of authorities, index of exhibits, etc.).  *See* LR 7.1(d)(2).

☐ Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion. *See* Section 1(A) of Phase II Scheduling Order (Statement of Material Facts on Motion for Summary Judgment).

☐ Wrong font size or improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). *See* LR 5.1(a)(2),(3).

☐ Does not comply with Rule 18(b) of the Electronic Filing Policies and Procedures, regarding filing exhibits electronically. *See* LR 5.1.1(a).

☐ Does not comply with Local Rule 5.3, regarding filing an item under seal in a civil case.

☐ Over-length. *See* LR 7.1(d)(3).

☐ Motion to dismiss/response to motion to dismiss relies primarily on summary judgment cases.

☐ Does not comply with the Scheduling Order (or other Order or Notice) in this case for the following reasons: _____

_____.

☐ Other: _____.

The document is stricken and not part of the record. The document must be refiled in full compliance by December 2, 2020. A courtesy copy that includes tabbed and highlighted exhibits and the ECF electronic date stamp must be submitted to chambers.

**IT IS ORDERED**.

                                              S/ Victoria A. Roberts
                                              Victoria A. Roberts
Dated: 11/29/2020                 United States District Judge