UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARVIN GERBER, et al.,

       Plaintiffs,                  Case No. 19-13726

                                    HON. VICTORIA A. ROBERTS

v.

HENRY HERSKOVITZ, et al.,

       Defendants.

_____/

## ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR ATTORNEY FEES AND SANCTIONS [ECF No. 73]

Plaintiffs appealed several decisions of this Court to the Sixth Circuit Court of Appeals: (1) Order granting Defendants' Motion to Dismiss [ECF No. 65]; (2) Order denying Plaintiffs' Motion for Reconsideration [ECF. No. 69]; and (3) Order denying Motion for Leave to File Supplement. [ECF No. 70].

Because the case is on appeal and the Sixth Circuit's determination could effect who the prevailing party is, the Court **DENIES WITHOUT**

1

**PREJUDICE** Defendants Herskovitz, Harb, Saffold, List, and Marks' Motion for attorney fees as the prevailing party under filed 42 U.S.C. § 1983 and sanctions under 28 U.S.C. § 1927. [ECF No. 73].

Following the appeal and depending on its outcome, the parties will be free to consider filing motions for attorney fees and/or sanctions.

**ORDERED.**

Date: February 16, 2021               s/ Victoria A. Roberts
                                                                       Victoria A. Roberts
                                                                       United States District Court Judge