"EXHIBIT B"

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MARVIN GERBER, et al,

    Plaintiffs,

v

    Case No.: 19-13726

    Hon. Victoria A. Roberts

HENRY HERSKOVITZ, et al,

    Defendants.

_____/

### ASSIGNMENT OF JUDGMENT

NOW COMES the Judgment Creditors Henry Herskovitz, Gloria Harb, Tom Saffold, Rudy List and Chris Mark, by and through their attorney, Cynthia Heenan, by Constitutional Litigation Associates, P.C., and in support of this notice of Assignment of Judgment state as follows:

1. That a Judgment for Attorney Fees was filed and entered in this matter against Plaintiffs/Judgment Debtors Marvin Gerber, Miriam Brysk and Marc Susselman jointly and severally, on or about January 25, 2022, in the amount of $158,721.75 (DN 104).

2. That under and in accordance with the attached Notice of Assignment, all right, title and interest in and to this judgment is assigned to Marvin Gerber, his heirs, successors and assigns.

Respectfully submitted,

By: _____
Cynthia Heenan
Attorneys for Judgment Creditors

DATED: December 20, 2023

4894-2797-9927_2

## NOTICE OF ASSIGNMENT

KNOWN ALL MEN BY THESE PRESENTS, that the undersigned, Constitutional Litigation Associates, P.C., and John Shea referred to collectively as "Judgment Assignors," for good and valuable consideration, the receipt of which is hereby acknowledged, does by these presents, assign, sell, transfer, convey, and set over to Marvin Gerber, his heirs, successors and assigns, hereinafter referred to as "Assignee," all of its rights, title and interest in a certain judgment entered at the Wayne county Circuit Court and identified as its Case #23-009003-CZ (Exhibit 1), said assignment to also include a certain Judgment for Attorney Fees entered at the United States District Court for the Eastern District-Southern Division of Michigan (Case #19-13726, entered on 01/25/22) (Docket No. 104).

IN WITNESS WHEREOF, Judgment Assignors have signed and delivered this instrument on December 5, 2023.

JUDGMENT ASSIGNORS:

Constitutional Litigation Associates, P.C.

By: _____
Cynthia Heenan
Its: Authorized Representative

John Shea, Esq.

By: _____
John Shea

4894-2797-9927_2